# MURRAY AND HOPKINS
ATTORNEYS AND COUNSELORS AT LAW
THE OLD FEDERAL COURTHOUSE
300 RABRO DR., SUITE 110, HAUPPAUGE, NY 11788
631-234-0909, FAX: 631-234-2524
TIN: 11-3475057
www.murrayandhopkins.com

MARK A. MURRAY
OLGA HOPKINS MURRAY

GARRETT P. HOPKINS, *of counsel*

BY APPOINTMENT ONLY:
THE GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BLVD., SUITE 506
GARDEN CITY, NY 11530

October 28, 2005

**VIA ECF FILING**

Honorable Justice Denis R. Hurley
United States District Court Judge
U.S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

    Re:    03 CIV 6003 (DRH) (JO)
                Mindlin v. Burger King

Dear Justice Hurley:

    Pursuant to your honor's rules, we respectfully request this Honorable Court grant Plaintiffs' attorneys leave to file a Motion for Attorneys' Fees payable by the Defendant, for three cases that have settled.

1. For Professional Services Rendered to Gary Libertella in the amount of $50,341;

2. For Professional Services Rendered to Philip Libertella in the amount of $47,595;

3. For Professional Services Rendered to Alton E. Scott, in the amount of $49,725.

Thank you for the Court's consideration of this matter.

                        Respectfully yours,
                        MURRAY AND HOPKINS
                        By: MARK A. MURRAY

cc:    Roger Briton via email britonr@jacksonlewis.com
        Kristin Roy via email kroy@morrisoncohen.com
        Dave Gordon via email gordoesq@aol.com
        Neil Frank via email nfrank@laborlaws.com