UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KATHLEEN MINDLIN, BOBBIE W. HUDSON,
RICHARD J. CARFORA, DON JOHNSON,                    03 CV 60003
TERRENCE JOHNSON, LINA GARRIQUES,
DOMENICA BIZZOCO, HARRIET WHALEY,
DOMENICK LEO, PHILIP LIBERTELLA,
GARY LIBERTELLA, ALTON E. SCOTT,
DETRED HAWTHORNE, and                               Index No.:
ANTHONY JARRETT,                                    03 CV 60003
                                                    (Hurley, J.)
                                                    (Orenstein, M.J.)

                         Plaintiffs,

BURGER KING CORPORATION,
TRACY DEFRANCO, individually and in her capacity as
District Manager of Burger King Corporation, NORKA
CASTELLO, individually and in her capacity as Assistant
Manager of Burger King Corporation, and NORA VELEZ,
Individually and in her capacity as Assistant Manager of
Burger King Corporation,

-against-
Defendants.
-----------------------------------------------------------x

## AFFIRMATION OF DAVID GORDON

David Gordon, being duly sworn, deposes and says under penalty of

perjury, that averments made herein are true and accurate:

1.      I am the sole proprietor of David Gordon, Attorney & Counselor at

Law, with offices at 300 Rabro Drive, Suite 138, Hauppauge, NY 11788. I,

along with Mark Murray and Neil Frank, am counsel for the plaintiffs in this

action, and I submit this affirmation in support of plaintiffs' application for

attorneys' fees and herein.

2.      I was first retained in this matter via a referral through the Suffolk

County Bar Association in August 2002. I sought out the assistance of Attorney Murray in August 2003, when he became co-counsel in this case. Together, we sought out the assistance of attorney Frank earlier this year.

3.     Attorneys Murray, Frank, and I have kept contemporaneous records of the time we have spent in this litigation.

4.     The detailed activities and totals are set forth in a schedule attached hereto as "Exhibit A." This schedule sets forth, by date, a description of the work performed and, by reference, the persons performing said work as well as the total time allotted to the work performed. The records reflect hours billed up to the present, and they have been incorporated into accounts under Murray & Hopkins. The records from which this schedule was derived are available for inspection, should the court so desire.

5.     A full summary of the proceedings in this case is set forth in the Memorandum of Law submitted in support of this application.

6.     Regarding my qualifications as counsel in this matter, I respectfully refer the Court to my Declaration submitted with our first application for fees dated January 27, 2006, and add the following:

7.     I have succesfully litigated over 35 matrimonial and family court cases in Suffolk County since opening my solo practice in 2001. I have also represented clients in multi-state commercial litigation.

8.     I ask that attorneys' fees be awarded based on the rates currently charged.

9.     My fees in this matter have been submitted to Mark Murray's office, consistent and contemporaneous with Mr. Murray's and my standard billing procedures. I have reviewed the billing statements, and they accurately reflect the time that I have invested in this case during the period commencing in the early fall of 2003 up to the present.

Dated:     Hauppauge, New York
           March 22, 2006

_____
David Gordon (DG6062)

**Exhibit A**

**Burger King – Combined Billing**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date / Fee | Service | Hours |
|---|---|---|
| 10-27-2005<br>$1,600.00 | Meet with MM and MW re Oppo to SJ Mtn | 4.00 |
| 11-7-2005<br>$400.00 | Lunch with MM, R. Briton [BKC] | 2.00 |
| 11-8-2005<br>$1,200.00 | Legal Research – Oppo to Mtn SJ | 3.00 |
| 11-9-2005<br>$1,000.00 | Meet with MW re Oppo SJ Mtn | 2.50 |
| 11-21-2005 | Meet with MM to revise and finalize<br>Oppo to Mtn for SJ<br>$1,600.00 | 4.00 |
| 11-29-2005 | Telephone Call to MM re fee application<br>Review of revised settlement agreements<br>For Whaley and Mindlin<br>$480.00 | 1.20 |
| 12-5-2005<br>$800.00 | Legal Research – Fee Application | 2.00 |
| 12-9-2005<br>$1,600.00 | Meeting with MM and MW | 4.00 |
| 12-16-2005<br>$1,200.00 | Finalize fee motion | 3.00 |

**TOTAL HOURS: 25.70**

**TOTAL FEE: $10,280.00**

**Burger King – Billing for Plaintiff Kathleen Mindlin**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date | Service | Hours | Fee |
|------|---------|-------|-----|
| 12-15-2004 | Prep Mindlin's response to BKC's First document production request | 3.42 | $1,368.00 |
| 12-17-2004 | Appt. @ office with Mindlin to review And revise execution of response to BKC's request for production of docs. | 4.12 | $1,648.00 |
| 12-21-2004 | Prep Mindlin's response to N. Castello [BKC] Request for production of documents | 2.08 | $832.00 |
| 1-4-2005 | Meet with Mindlin, review/execute response To N. Castello [BKC]'s request for Production of docs | 3.18 | $1,272.00 |
| 1-5-2005 | Prep Mindlin's response to N. Castello's first set of Interrogatories | 2.89 | $1,156.00 |
| 1-6-2005 | Execution/review Mindlin's response to N. Castello's first set of Interrogatories | 2.72 | $1,088.00 |
| 1-10-2005 | Prep Mindlin's response to BKC's | | |

|  |  |  |
|---|---|---|
|  | First set of Interrogatories | 3.25 |
| $1,300.00 | | |
| 1-12-2005 | Meet with Mindlin, review/execute Response to BKC's first set of Interr. | 3.67 |
| $1,468.00 | | |
| 1-14-2005 | Prep of Mindlin's amended response to BKC's first set of Interrogatories | 2.15 |
| $860.00 | | |
| 1-17-2005 | Review/execution of Mindlin's Amended response to BKC's first Set of Interrogatories | 2.18 |
| $872.00 | | |
| 2-11-2005 | call with MTH re BKC | 1.00 |
| $400.00 | | |
| 5-3-2005 | Finalizing schedule for Mindlin EBT | 0.25 |
| $100.00 | | |
| 5-9-2005 | EBT for Mindlin completed | 7.75 |
| $3,100.00 | | |
| 6-10-2005 | Telephone call with Mindlin | 0.75 |
| $300.00 | | |

**Burger King – Billing for Plaintiff Kathleen Mindlin**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date | Service | Hours |
|---|---|---|
| **Fee** | | |
| 11-1-2005 | Review Email from R. Briton [BKC] | 0.10 |
| $40.00 | | |
| 11-10-2005 | Review email from Briton re Mtn | 0.10 |
| $40.00 | | |

**TOTAL HOURS: 39.11**

**TOTAL FEE: $15,644.00**

**<u>Burger King – Billing for Plaintiff Domenick Leo</u>**

**<u>David Gordon, Esq. – All Billing @ $400.00 per hour</u>**

| <u>Date</u> | <u>Service</u> | <u>Hours</u> |
|---|---|---|
| <u>Fee</u> | | |
| 11-9-2004 | Prep/review Leo's response to BKC's first request for production Of documents $1,292.00 | 3.23 |
| 11-12-2004 | Prep Leo's response to BKC's First set of Interrogatories $1,612.00 | 4.03 |

| | | |
|---|---|---|
| 11-15-2004 | Prep Leo's response to N. Castello's First request for Production Of documents $668.00 | 1.67 |
| 11-18-2004 | Execute/finalize Leo's response to BKC's first request for Production of docs $832.00 | 2.08 |
| 11-19-2004 | Meet with Leo, review/execute response To BKC's first set of Interrogatories $1,968.00 | 4.92 |
| 11-23-2004 | Review/execute Leo's response to N. Castello's first set of Interrogatories $1,100.00 | 2.75 |
| 12-15-2004 $600.00 | Meeting with Leo and MM | 1.50 |
| 12-6-2005 $400.00 | Meeting with Leo and MM | 1.00 |

**TOTAL HOURS: 21.18**

**TOTAL FEE: $8,472.00**

**Burger King – Billing for Plaintiff Domenica C. Bizzoco**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| **Date** | **Service** | **Hours** |
|---|---|---|
| **Fee** | | |

| | | |
|---|---|---|
| 11-15-2004 | Prep of response to BKC's<br>First set of Interrogatories<br>$1,092.00 | 2.73 |
| 12-1-2004 | Review/execute and meeting with<br>Bizzoco re response to BKC's<br>First set of Interrogatories<br>$1,252.00 | 3.13 |
| 12-23-2004 | Prep/review Bizzoco's response to<br>BKC's first request for production<br>Of documents<br>$2,068.00 | 5.17 |
| 1-5-2005 | Prep/review Bizzoco's response to<br>N. Castello's first set of<br>Interrogatories<br>$760.00 | 1.90 |
| 1-10-2005 | Finalize/execute response to N. Castello's<br>First request for production of<br>Documents/Meeting with Bizzoco<br>$1,368.00 | 3.42 |
| 1-10-2005 | Finalize/execute Bizzoco's response to<br>BKC's First request for production of Docs<br>$568.00 | 1.42 |
| 1-21-2005 | Prep/execute Bizzoco's amended response to<br>BKC's first request for Production of Docs<br>$1,300.00 | 3.25 |
| 1-24-2005 | Prep/execute Bizzoco's amended response to<br>N. Castello's first request for production<br>Of Docs<br>$1,588.00 | 3.97 |
| 2-14-2005 | Meeting with Bizzoco – EBT prep<br>$400.00 | 1.00 |
| 4-23-2005 | Telephone Call with MM<br>$300.00 | 0.75 |

<u>**Burger King – Billing for Plaintiff Domenica C. Bizzoco**</u>

<u>**David Gordon, Esq. – All Billing @ $400.00 per hour**</u>

<u>**Date**</u>                      <u>**Service**</u>                                    <u>**Hours**</u>
<u>**Fee**</u>

**TOTAL HOURS:  26.74**

**TOTAL FEE:  $10,696.00**

**<u>Burger King – Billing for Plaintiff Richard J. Carfora</u>**

**<u>David Gordon, Esq. – All Billing @ $400.00 per hour</u>**

| <u>Date</u> | <u>Service</u> | <u>Hours</u> |
|---|---|---|
| <u>Fee</u> | | |

| Date | Service | Hours | Fee |
|---|---|---|---|
| 11-12-2004 | Prep of Carfora's response to BKC's First request for production of docs | 2.42 | $968.00 |
| 11-16-2004 | Prep of Carfora's response to BKC's First set of interrogatories | 3.62 | $1,448.00 |
| 11-18-2004 | Review/execute and finalize Carfora's Response to BKC's first set of Interrogatories | 2.17 | $868.00 |
| 11-19-2004 | Finalize/execute Carfora's response to BKC's first request for production of Documents | 2.08 | $832.00 |
| 1-4-2005 | Prep Carfora's response to N. Castello's First set of Interrogatories | 2.78 | $1,112.00 |
| 1-7-2005 | Execute/finalize Carfora's response to N. Castello's first set of Interrogatories | 1.32 | $528.00 |
| 1-13-2005 | Prep of Carfora's amended response to N. Castello's first set of Interrogatories | 1.75 | $700.00 |
| 1-21-2005 | Finalize/execute Carfora's amended response To N. Castello's first set of Interr's | 1.92 | $768.00 |

| | | |
|---|---|---|
| 3-28-2005 | Prep of Carfora's amended response to BKC's first set of Interrogatories $1,052.00 | 2.63 |
| 3-30-2005 | Finalize/execute Carfora's amended Response to BKC's first set of Interr's $932.00 | 2.33 |

**TOTAL HOURS: 23.02**

**TOTAL FEE: $9,208.00**

**Burger King – Billing for Plaintiff Bobbie W. Hudson**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date | Service | Hours |
|---|---|---|
| **Fee** | | |
| 11-15-2004 | Prep and review Hudson's response To BKC's first set of Interrogatories $1,868.00 | 4.67 |
| 11-17-2004 | Prep and review Hudson's response To BKC's first request for production Of Documents $1,932.00 | 4.83 |
| 11-19-2004 | Meet with Hudson and MM, finalize /execute response to BKC's first request for production of Docs $1,598.00 | 3.92 |
| 11-22-2004 | Meet with Hudson and MM, finalize /execute response to BKC's first set of Interrogatories $2,068.00 | 5.17 |
| 1-3-2005 | Prep/review Hudson's response to N. Castello's first request for Production of Documents $1,432.00 | 3.58 |

| 1-6-2005 | Prep/review Hudson's response to N. Castello's first set of Interrogatories $872.00 | 2.18 |

| 1-11-2005 | Meet with Hudson, finalize/execute Response to N. Castello's first set Of Interrogatories $1,268.00 | 3.17 |

| 1-12-2005 | Execute/finalize Hudson's response to N. Castello's first set of Interrogatories $768.00 | 1.92 |

| 1-17-2005 | Prep/review Hudson's amended response To BKC's first set of Interrogatories $1,260.00 | 3.15 |

| 1-24-2005 | Execute/meeting with Hudson to finalize Response to BKC's first set of Interr's $932.00 | 2.33 |

| 1-31-2005 | Telephone call with Hudson $300.00 | 0.75 |

**Burger King – Billing for Plaintiff Bobbie W. Hudson**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date | Service | Hours |
| --- | --- | --- |
| **Fee** | | |
| 3-25-2005 | Office Conf. with MM re outstanding EBT's and schedule for sit-down and Settlement agreement $400.00 | 1.00 |

**TOTAL HOURS: 36.67**

**TOTAL FEE: $14,668.00**

**<u>Burger King – Billing for Plaintiff Harriet L. Whaley</u>**

**<u>David Gordon, Esq. – All Billing @ $400.00 per hour</u>**

| <u>Date</u> | <u>Service</u> | <u>Hours</u> |
|---|---|---|
| <u>Fee</u> | | |
| 11-11-2004 | Prep of Whaley's response to BKC's first set of Interrogatories $1,168.00 | 2.92 |
| 11-16-2004 | Prep of Whaley's response to BKC's first request for Production Of Documents | 2.83 |
| $1,132.00 | | |

| 11-18-2004 | Meet with Whaley, review/execute Response to BKC's first set of Interrogatories $1,868.00 | 4.67 |
|---|---|---|
| 11-18-2004 | Meet with Whaley, review/execute Response to BKC's first request for Production of Documents $1,768.00 | 4.42 |
| 12-17-2004 | Prep Whaley's response to N. Castello's First request for Production of Docs $932.00 | 2.33 |
| 12-20-2004 | Execute/review Whaley's response to N. Castello's request for production Of Documents $908.00 | 2.27 |
| 1-3-2005 | Prep Whaley's response to N. Castello's First set of Interrogatories $840.00 | 2.10 |
| 1-11-2005 | Review/execute Whaley's response to N. Castello's first set of Interrogatories $840.00 | 2.10 |

**TOTAL HOURS: 23.64**

**TOTAL FEE: $9,456.00**

**Burger King – Billing for Plaintiff Don Johnson**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

**Date                              Service                              Hours Fee**

| 12-14-2004 | Prep of Johnson's response to BKC's first request for Production of Documents $1,488.00 | 3.72 |
|---|---|---|
| 12-16-2004 | Review/execute Johnson's response To BKC's first request for Production of Documents $1,040.00 | 2.60 |
| 12-20-2004 | Prep Johnson's response to N. Castello's First request for Production of Documents $1,232.00 | 3.08 |
| 12-21-2004 | Execute/review Johnson's response To N. Castello's first request for Production of Documents $668.00 | 1.67 |
| 1-4-2005 | Prep Johnson's response to N. Castello's First set of Interrogatories $880.00 | 2.20 |
| 1-5-2005 | Prep Johnson's response to BKC's First set of Interrogatories $1,032.00 | 2.58 |
| 1-7-2005 | Execute/review Johnson's response to BKC's first set of Interrogatories $964.00 | 2.41 |
| 1-10-2005 | Prep/execute Johnson's amended Response to BKC's first request for Production of Documents $1,488.00 | 3.72 |
| 1-11-2005 | Prep/execute Johnson's amended Response to N. Castello's first request For Production of Documents $968.00 | 2.42 |
| 1-14-2005 | Prep/execute Johnson's amended Response to BKC's first set of Interrogatories $1,052.00 | 2.63 |

**Burger King – Billing for Plaintiff Don Johnson**

**David Gordon, Esq. – All Billing @ $400.00 per hour**

| Date | Service | Hours |
|------|---------|-------|
| **Fee** | | |
| 1-18-2005 | Prep/execute Johnson's amended Response to N. Castello's first set Of Interrogatories $1,168.00 | 2.92 |
| 2-1-2005 $200.00 | Telephone call with Johnson | 0.50 |
| 4-16-2005 $200.00 | Telephone call with Johnson | 0.50 |

**TOTAL HOURS: 30.95**

**TOTAL FEE: $12,380.00**

<u>**Burger King – Billing for Plaintiff Lina Garriques**</u>

<u>**David Gordon, Esq. – All Billing @ $400.00 per hour**</u>

| <u>Date</u><br><u>Fee</u> | <u>Service</u> | <u>Hours</u> |
|---|---|---|
| 12-21-2004 | Prep of Garriques' response to<br>BKC's first set of Interrogatories<br>$1,400.00 | 3.50 |
| 12-27-2004 | Prep of Garriques' response to<br>BKC's first request for<br>Production of Documents<br>$1,732.00 | 4.33 |
| 12-30-2004 | Meet with Garriques, finalize/<br>Execute response to BKC's first<br>Set of Interrogatories<br>$1,268.00 | 3.17 |
| 12-31-2004<br>$400.00 | Meet with Garriques at office | 1.00 |
| 12-31-2004 | Finalize/execute Garriques' response<br>To BKC's first request for<br>Production of Documents<br>$792.00 | 1.98 |
| 1-5-2005 | Prep Garriques' response to<br>N. Castello's first set<br>Of Interrogatories<br>$1,088.00 | 2.72 |
| 1-7-2005 | Meet with Garriques, finalize/execute<br>Response to N. Castello's first set<br>Of Interrogatories<br>$1,232.00 | 3.08 |

| 1-15-2005 | Meet with Garriques, prep amended Response to BKC's first set of Interrogatories $1,220.00 | 3.05 |

**TOTAL HOURS: 22.83**

**TOTAL FEE: $9,132.00**

**Exhibit B**

Copy of January 27, 2006 filing for first motion for fees, already exchanged.